|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| RUFUS LOU NELSON, JR., | Case No. 1:25-cv-01415-HBK (HC) |
|---|---|
| Petitioner, | ORDER DIRECTING SERVICE OF DOCUMENTS |
| v. | (Doc. No. 1) |
| J. DOERER, |  |
| Respondent. |  |

Before the Court is Petitioner Rufus Lou Nelson, Jr.'s petition for writ of habeas corpus under 28 U.S.C. § 2241 docketed on October 23, 2025. (Doc. No. 1, "Petition"). Upon review, the Court directs service of the Petition and a blank Consent/Decline of U.S. Magistrate Judge Jurisdiction on Respondent. The Court will conduct a preliminary review of the Petition pursuant to Rule 4[1] and provide additional direction to the parties in due course. *See* R. Governing § 2254 Cases 4; 28 U.S.C. § 2243.

Accordingly, it is hereby **ORDERED:**

1. The Clerk of Court is directed to send an electronic copy of this Order, a blank

---

[1] The Rules Governing Section 2254 Cases may be applied to petitions for writ of habeas corpus other than those brought under § 2254 at the Court's discretion. *See* Rule 1 of the Rules Governing Section 2254 Cases. Civil Rule 81(a)(2) provides that the rules are "applicable to proceedings for . . . habeas corpus . . . to the extent that the practice in such proceedings is not set forth in statutes of the United States and has heretofore conformed to the practice of civil actions." Fed. R. Civ. P 81(a)(2).

1. Consent/Decline of U.S. Magistrate Judge Jurisdiction, and a copy of the Petition and all exhibits on the Office of the United States Attorney for the Eastern District of California, an agent for the appropriate Correctional Institution, if applicable, and the United States Bureau of Prisons; and to mail a copy of this order to Petitioner.

2. Respondent SHALL return the Consent/Decline of U.S. Magistrate Judge Jurisdiction form no later than **seven (7) days** from the date of this Order.

3. The Court will direct a response to the Petition, if applicable, after screening under Rule 4.

Dated:   November 25, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2